**Entered on Docket
August 30, 2010**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. Bank, National Association
10-71850

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-13775-lbr |
|---|---|
| Oscar Preston Martinez and Kimberly Marie Martinez | Date: 7/28/2010<br>Time: 10:30 am |
|  | Chapter 7 |
| Debtors. |  |

**ORDER VACATING AUTOMATIC STAY**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor U.S. Bank, National Association, its assignees and/or successors in interest, of the subject property, generally described as 6040 Desert Sun Drive, Las Vegas, NV 89110.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least seven business days' notice of the time, place and date of sale.

Submitted by:

**WILDE & ASSOCIATES**
By: _[signature] #10235_
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Steven A. Alpert
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Yvette Weinstein
Chapter 7 Trustee

1  In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
2  ____ The court waived the requirements of LR 9021.
   ____ No parties appeared or filed written objections, and there is no trustee appointed in the case.
3  ____ No parties appeared or filed written objections, and the trustee is the movant.
   _x_  This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a
4       copy of this proposed order to all counsel who appeared at the hearing, and any trustee
        appointed in this case, any unrepresented parties who appeared at the hearing, and each has
5       approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
   ____ approved the form of this order            ____ disapproved the form of this order
   ____ waived the right to review the order and/or  _x_ failed to respond to the document
   ____ appeared at the hearing, waived the right to review the order
   ____ matter unopposed, did not appear at the hearing, waived the right to review the order
Trustee:
   ____ approved the form of this order            ____ disapproved the form of this order
   ____ waived the right to review the order and/or  _x_ failed to respond to the document

   ____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all
        counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented
        parties who appeared at the hearing, and each has approved or disapproved the order, or failed to
        respond, as indicated below.

Debtor's counsel:
   ____ approved the form of this order            ____ disapproved the form of this order
   ____ waived the right to review the order and/or ____ failed to respond to the document
   ____ appeared at the hearing, waived the right to review the order
   ____ matter unopposed, did not appear at the hearing, waived the right to review the order
Trustee:
   ____ approved the form of this order            ____ disapproved the form of this order
   ____ waived the right to review the order and/or ____ failed to respond to the document

   ____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed
        written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor